

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00297-CV

**WESTRIDGE ESTATES HOMEOWNERS ASSOCIATION**,
Appellant

v.

Omar **CANALES** and Marlo C. Canales,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-976
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  September 21, 2016

DISMISSED

Appellant's brief was due on August 12, 2016. Neither the brief nor a motion for extension of time has been filed. We notified appellant of the deficiency and ordered it to show cause in writing why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). Appellant failed to respond to our order. This appeal is therefore dismissed. *See id*. 42.3(b),(c). Costs of appeal are taxed against appellant.

PER CURIAM